# Court of Appeals
# of the State of Georgia

ATLANTA, __August 12, 2014__

*The Court of Appeals hereby passes the following order:*

**A14A1382. ROBINSON v. THE ESTATE OF WALTER JESTER et al.**
**A14A1383. MAYES v. THE ESTATE OF WALTER JESTER et al.**

In these renewal actions, Walter Robinson and Eric Mayes appeal from the trial court's grant of summary judgment in favor of the defendants. While the trial court in its orders made reference to the records in the prior civil actions that were voluntarily dismissed by the plaintiffs, these records have not been included in the records on appeal, and are necessary for proper consideration of the appeals. Cf. *Petkas v. Grizzard*, 252 Ga. 104, 108 (312 SE2d 107) (1984) ("Because a ruling on the effect of the prior case may be raised on appeal, the record or portion thereof considered by the trial court should be designated to be included in the appeal if a party wishes to enumerate error on the ruling."). We therefore remand these cases to the trial court so that the records in the prior actions are made a part of the records here on appeal. Once the records are complete, the clerk of the superior court is directed to return the cases to this court for redocketing.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* __08/12/2014__
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ *, Clerk.*